UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoena in<br><br>    UNITED STATES OF AMERICA<br>    c/o United States Attorney<br>    555 4th Street, N.W.<br>    Washington, DC 20530<br><br>            v.<br><br>    TRAVIS MILES<br>    c/o Elizabeth Mullin, Esq.<br>    Public Defender Service for<br>    the District of Columbia<br>    633 Indiana Avenue, N.W.<br>    Washington DC 20004<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Misc. Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF REMOVAL OF SUBPOENA

The United States Attorney, through the undersigned attorneys and on behalf of the Court Services and Offender Supervision Agency ("CSOSA") or ("Agency"), respectfully files this Notice Of Removal Of Subpoena pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-15 (D.C. Cir. 1995) and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996). In support of this notice, the Agency states as follows:

1. CSOSA has been issued a subpoena by counsel requesting an appearance at trial in a criminal case by an unspecified CSOSA Custodian of Records who is instructed to bring "a copy of all CSOSA records and reports" for an individual. The subpoena

purports to call for the testimony and documents in the Superior Court of the District of Columbia in the matter of <u>United States v. Travis Miles</u>, Case No. 2008-CF3-1575.

2. A copy of the subpoena, redacted pursuant to Local Civ. R. 5.4(f), is attached hereto.

3. CSOSA intends to move to quash, relying on federal law, upon the removal of this action.

WHEREFORE, this action is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446; <u>Brown & Williamson Tobacco Corp.</u> v. <u>Williams</u>, <u>supra</u>; and <u>Houston Business Journal, Inc.</u> v. <u>Office of the Comptroller of the Currency</u>, <u>supra</u>. The underlying criminal case is not being removed and shall remain in Superior Court.

Respectfully submitted,

/s/ Jeffrey A. Taylor/dlh
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/ Jane M. Lyons
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice Of Removal Of Subpoena and Notice Of filing Notice Of Removal has been made by mailing copies thereof to:

Elizabeth Mullin, Esq.
Public Defender Service for
the District of Columbia
633 Indiana Avenue, N.W.
Washington DC 20004

AUSA Emily Miller
U.S. Attorney's Office
555 4th Street, N.W. - Room 9818
Washington, D.C.  20530

on this 17th day of April, 2008.

_____
JANE M. LYONS
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Civil Division
Washington, D.C.  20530
(202) 514-7161

In Forma Pauperis

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
### SUBPOENA

UNITED STATES
~~DISTRICT OF COLUMBIA~~

vs.

Travis Miles

Case No. 2008 CF3 1575

To: Court Services and Offender Supervision Agency, 633 Indiana Ave, Washington DC

**YOU ARE HEREBY COMMANDED:**

To appear before the Criminal Division room/courtroom **307** of the Superior Court of the District of Columbia, 500 Indiana Avenue/~~Judiciary Center, 555 Fourth Street~~, N.W., Washington, D.C. on the **24** day of ~~March~~ **April**, 20 **08**, at **9** a.m./~~p.m.~~ as a witness for **the defense**

☒ and bring with you **a copy of all CSOSA records and reports for Corey King, PDID 464708. See attached release**

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this _____ day of _____, 20 ____.

_____    _____
Officer in Charge                District

**Elizabeth Mullin**
Attorney for ~~Government~~/Defendant

Phone No. **824-2746**

Clerk, Superior Court of the District of Columbia

---

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

Date: _____    Judge: _____

| RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE: |
|---|
| ☐ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below. |

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| Theresa Rawll A6C/OATS | |

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
| | 3-6-08   12:30 |
| **REMARKS** | Signature of Title of Server: Brittany Hobbs |

# PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA
## FOR THE DISTRICT OF COLUMBIA

**BOARD OF TRUSTEES**

WILLIAM W. TAYLOR, III
CHAIRPERSON
JOHN PAYTON
VICE CHAIRPERSON

633 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

(202) 824-2746
(800) 341-2582
FAX (202) 824-2416

www.pdsdc.org

AVIS BUCHANAN
DIRECTOR

PETER KRAUTHAMER
DEPUTY DIRECTOR

## RELEASE OF INFORMATION

I, _Corey King_, authorize and permit Elizabeth Mullin and her approved representative, Sarah Levin to inspect and/or copy any and all documents and records pertaining to me which are in the custody or control of the D.C. Jail, Washington Hospital Center, DC Department of Corrections, the U.S. Bureau of Prisons, federal, state, or other prisons or jails in which I am or have been held, the DC Board of Parole, the U.S. Parole Commission, the U.S. Probation Office, or CSOSA. **I specifically authorize Ms. Mullin and Ms. Levin to obtain any and all medical records from any facility or hospital.**

A photocopy of this release is intended to have the same force and effect as the original.

_Corey King_ _____  Date: _2/7/08_  Date of Birth: _██/██/78_

Signed
Social Security Number: _███-██-5545_

- I understand that I may revoke this authorization at any time, and must do so in writing.
- I understand that I may refuse to sign this authorization. I also understand that no health care provider can deny me treatment because I refuse to sign this authorization.
- I understand that information disclosed based on this authorization may be re-disclosed by the entity or the person who receives the information. Once disclosed, it is possible that the information will no longer be protected under federal medical privacy law.
- I understand that I may inspect or copy the protected health information to be used or disclosed.
- Any health care provider and its employees who release records within the parameters indicated above are released from legal liability.
- The unauthorized disclosure of mental health information violates the provisions of the District of Columbia Mental Health Information Act. Disclosures may only be made pursuant to a valid authorization by the client or as provided in Title III or IV of that Act. The Act provides for civil damages and criminal penalties for violations (D.C. Code § 6-2004 (1995)).
- If the records or information being released involve treatment for alcohol or substance addiction, federal law and regulations relating to "confidentiality of alcohol or drug abuse patient records" also protect the records. (42 C.F.R. Part 2, 42 U.S.C. § 290dd-2).
- If the records or information released involve treatment for alcohol or substance addiction, this information has been disclosed to you from records protected by federal confidentiality rules (42 C.F.R. Part 2). Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 C.F.R. Part 2. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse client.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>c/o United States Attorney<br>555 4th Street, N.W.<br>Washington, DC 20530<br><br>v.<br><br>TRAVIS MILES<br>c/o Elizabeth Mullin, Esq.<br>Public Defender Service for<br>the District of Columbia<br>633 Indiana Avenue, N.W.<br>Washington DC 20004<br><br>Defendant. | Case No. 2008-CF3-1575<br><br>C/T/D JUNE 24, 2008 |

## NOTICE OF FILING OF NOTICE OF REMOVAL OF SUBPOENA

PLEASE TAKE NOTE that on April 17, 2008, the United States Attorney for the District of Columbia filed with the Clerk of the United States District Court for the District of Columbia a Notice Of Removal Of Subpoena in the above captioned matter, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-15 (D.C. Cir. 1995) and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996). The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." See 28 U.S.C. §

1446(d). A copy of the Notice Of Removal Of Subpoena (with attachment) is attached hereto.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/ Jane M. Lyons
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice Of Removal Of Subpoena and Notice Of filing Notice Of Removal has been made by mailing copies thereof to:

Elizabeth Mullin, Esq.
Public Defender Service for
the District of Columbia
633 Indiana Avenue, N.W.
Washington DC 20004

AUSA Emily Miller
U.S. Attorney's Office
555 4th Street, N.W. - Room 9818
Washington, D.C. 20530

on this 17th day of April, 2008.

_____
JANE M. LYONS
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Civil Division
Washington, D.C. 20530
(202) 514-7161