# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____ )
                                                                  )
**IN RE SUBPOENA TO COURT SERVICES**     )
**AND OFFENDER SUPERVISION AGENCY**      )          **Misc. Action No. 08-221 (ESH)**
_____ )

## ORDER OF REFERRAL

This matter is referred to Magistrate Judge John M. Facciola for all discovery disputes.

On any filing related to discovery disputes, the parties shall place the initials of Judge Ellen Segal

Huvelle and the initials of Judge John M. Facciola following the case number in the caption.  On

any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle

after the case number.

**SO ORDERED.**


                                            _____/s/_____
                                            ELLEN SEGAL HUVELLE
                                            United States District Judge

Date: April 17, 2008

cc:   Magistrate Judge John M. Facciola