REFERRAL TO MAGISTRATE JUDGE

CATEGORY:

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | Superior Court of the District of Columbia, 2008-CF3-1575 | | | |
|---|---|---|---|---|
| CASE NO:<br>Misc. 08-221 | DATE REFERRED:<br>4/17/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Discovery Disputes | JUDGE:<br>Ellen Segal Huvelle | MAG. JUDGE<br>John M. Facciola |

| PLAINTIFF(S):<br>IN RE: SUBPOENA TO COURT SERVICES AND OFFENDER SUPERVISION AGENCY | DEFENDANT(S): |
|---|---|

ENTRIES: